**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 25-6266**

───────────

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

   v.

JAMES NATHAN CRAWFORD, JR., a/k/a Stacks,

        Defendant - Appellant.

───────────

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  James C. Dever III, District Judge.  (5:19-cr-00356-D-1)

───────────

Submitted:  August 28, 2025                     Decided:  September 3, 2025

───────────

Before GREGORY, QUATTLEBAUM, and HEYTENS, Circuit Judges.

───────────

Affirmed by unpublished per curiam opinion.

───────────

James Nathan Crawford, Jr., Appellant Pro Se.  David A. Bragdon, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Nathan Crawford, Jr., appeals the district court's order denying relief on his 18 U.S.C. § 3582(c)(2) motions for a sentence reduction. "We review a district court's decision [whether] to reduce a sentence under § 3582(c)(2) for abuse of discretion and its ruling as to the scope of its legal authority under § 3582(c)(2) de novo." *United States v. Mann*, 709 F.3d 301, 304 (4th Cir. 2013). Our review of the record reveals no reversible error. The district court clearly understood its authority to reduce Crawford's sentence and recognized Crawford's postsentencing conduct, but the court declined to grant a reduction based on its review of the 18 U.S.C. § 3553(a) factors.

Accordingly, we deny Crawford's motions for appointment of counsel and transcripts, and we affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*